**5**

Scott E. Blakeley (State Bar No. 141418)
E-Mail: SEB@BlakeleyLLP.com
Ronald A. Clifford (State Bar No. 246542)
E-Mail: RClifford@BlakeleyLLP.com
BLAKELEY & BLAKELEY LLP
2 Park Plaza, Suite 400
Irvine, California 92614
Telephone: (949) 260-0611
Facsimile: (949) 260-0613

Proposed Counsel for the
Official Committee of Unsecured Creditors of
South Lakes Dairy Farm

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>SOUTH LAKES DAIRY FARM,<br><br>a California general partnership,<br><br><br>Debtor-in-Possession. | Case No.: 12-17458-B-11<br><br>Chapter 11<br><br>DCN: RAC-1<br><br>**DECLARATION OF RONALD A. CLIFFORD IN SUPPORT OF APPLICATION FOR AUTHORIZATION TO EMPLOY BLAKELEY & BLAKELEY LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>Hearing Date, Time and Location:<br>Date:   October 25, 2012<br>Time:   9:00 a.m.<br>Place:   Bankruptcy Court, Dept. B<br>           2500 Tulare Street, 5th Floor<br>           Fresno, CA<br>Judge:   Hon. W. Richard Lee |

---

**DECLARATION OF RONALD A. CLIFFORD IN SUPPORT OF APPLICATION FOR AUTHORIZATION TO EMPLOY BLAKELEY & BLAKELEY LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

1

1    I, Ronald A. Clifford, hereby declare as follows:

2    1.    I am an associate of the law firm Blakeley & Blakeley LLP ("B&B"), proposed counsel for the Official Committee of Unsecured Creditors (the "Committee") of South Lakes Dairy Farm (the "Debtor").  The following facts are within my own personal knowledge and if called upon to testify, I could and would competently testify thereto.

2.    This Declaration is submitted in support of the Application for Authorization to employ Blakeley & Blakeley LLP as Counsel to the Committee (the "Application").

3.    The Committee convened a meeting on September 21, 2012, whereat B&B was selected by the Committee to serve as its counsel.

4.    B&B believes, insofar as it has been able to ascertain, that neither B&B or the professionals employed by B&B: (a) hold or represent any interest adverse to the Debtor, any creditors, or this Chapter 11 case that would impair B&B's ability to objectively perform professional services for the Committee, in accordance with Section 327 of the Bankruptcy Code; or (b) have any connection with creditors and other parties-in-interest relating to the Debtor or this Chapter 11 cases.  There are no amounts due to B&B from the Debtor on account of any prepetition services rendered.

5.    Pursuant to Local Bankruptcy Rule 2014-1 and Fed. R. Bankr. P. 2014(a), except as set forth above, neither B&B nor the professionals employed by B&B have any connection with the Debtor, creditors, or any party-in-interest, their respective attorneys, accountants, or the U.S. Trustee, or any employee of the U.S. Trustee.

6.    Scott E. Blakeley and I will be primarily advising and representing the Committee and are experienced in matters of this type.  Attached hereto as Exhibit "A" is a resume of the professionals of B&B.

7.    The professional services that B&B may render to the Committee include, but are not limited to:

    a.    Assisting the Committee in its investigation of the acts, conduct, assets, liabilities and financial condition of the Debtor, the operation of the Debtor's

**DECLARATION OF RONALD A. CLIFFORD IN SUPPORT OF APPLICATION FOR AUTHORIZATION TO EMPLOY BLAKELEY & BLAKELEY LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

2

business, including the formulation of a plan of reorganization;

  b.  Advising the Committee as to its duties and powers;

  c.  Appearing on behalf of the Committee at all meetings required under the guidelines of the Office of the United States Trustee (the "OUST");

  d.  Assisting the Committee with respect to the legal ramifications of any proposed financing or refinancing of real or personal property;

  e.  Advising the Committee regarding its rights and duties in connection with leases and other agreements;

  f.  Preparing on behalf of the Committee necessary applications, answers, orders, reports and other legal papers;

  g.  Assisting the Committee in complying with the requirements of the OUST;

  h.  Negotiating with holders of unsecured claims and to file objections to such claims, if necessary;

  i.  Assisting the Committee in preparing and presenting to the Court a disclosure statement and plan of reorganization;

  j.  Obtaining, if appropriate and subject to Court approval, confirmation of a plan of reorganization; and

  k.  Performing such other legal services as may be required in the interests of the creditors. Such services may include, if requested, prosecuting avoidance, preference and other recovery actions on behalf of the estate.

  8.  B&B has not agreed to share any compensation for services rendered or to be rendered in any capacity in connection with this case between B&B and any other entity, except among B&B personnel.

  9.  B&B's charges for its professional services are based upon the time and labor required, the difficulty of the issues involved, the skill requisite to perform the legal service properly, the preclusion of other employment, time limitations imposed by the circumstances and the experience and ability of B&B.

**DECLARATION OF RONALD A. CLIFFORD IN SUPPORT OF APPLICATION FOR AUTHORIZATION TO EMPLOY BLAKELEY & BLAKELEY LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

3

10. B&B has not received a retainer in this matter.

11. B&B will file interim fee applications on a quarterly basis with the Court in conformity with Bankruptcy Code section 330 and understands that allowance of the fees and expenses paid will be subject to the approval of the Court of the interim and final fee applications.

12. At the conclusion of the case, B&B will file an application seeking final allowance of all fees and expenses, regardless of whether interim compensation has been paid to B&B. Upon allowance of such fees and costs, the Debtor will pay B&B the difference between the amounts allowed and any interim compensation paid to B&B.

13. B&B understands and agrees that the proposed compensation arrangement will be subject to the provisions of section 330 of the Bankruptcy Code, which authorizes this Court to allow compensation different from what is provided herein if the fee arrangement provided herein appears, in retrospect, to have been improvident in light of developments unanticipated at the outset of the case. B&B understands and agrees that, if aggregate interim payments made to B&B exceed the amount that is ultimately allowed to B&B, B&B will be required to, and will, promptly repay to the Debtor such difference.

14. The following schedule sets forth the customary hourly rates charged by B&B prevailing as of the date of this Application, which rates may be adjusted annually from time to time:

| Professional | Hourly Rate |
| --- | --- |
| Scott E. Blakeley | $495 |
| Bradley D. Blakeley | $395 |
| Peter M. Sweeney | $295 |
| Ronald A. Clifford | $295 |
| Other Associates | $245 |
| Law Clerk(s) | $145 |
| Paralegal(s) | $145 |

15. The professional services that B&B renders on behalf of the Committee shall be

**DECLARATION OF RONALD A. CLIFFORD IN SUPPORT OF APPLICATION FOR AUTHORIZATION TO EMPLOY BLAKELEY & BLAKELEY LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

4

1 compensated pursuant to section 330 of the Bankruptcy Code.

2    16.   B&B is aware of, and will comply with the provisions contained in the OUST Guidelines, and as set forth herein, B&B will comply with appropriate Fee and Employment Guidelines.

   17.   The employment of B&B as counsel for Committee would be in the best interests of the estates for several reasons:  (a) B&B has considerable knowledge about the estate; and (b) the Committee believes that the expertise of B&B in bankruptcy, creditors' rights and bankruptcy litigation matters will enable it to quickly reorganize the Debtor's business affairs and negotiate, propose and confirm plans of liquidation.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 24th day of September, 2012, at Irvine, California.

                                                                                                          /s/ Ronald A. Clifford
                                                                                                             Ronald A. Clifford

**DECLARATION OF RONALD A. CLIFFORD IN SUPPORT OF APPLICATION FOR AUTHORIZATION TO EMPLOY BLAKELEY & BLAKELEY LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

5